GEORGENE DELANEY v. JOHN PETER DELANEY.

October 19, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM GALLEGAN
AND WILLIAM O'HAGEN.

December 6, 1988.

Petition for certification granted.

CATHERINE TROWBRIDGE v. RONALD C. COOKE,
INC., ETC., ET AL.

December 6, 1988.

Petition for certification denied.

JOHN SIMMONS, ETC.

v.

FABIAN F. SWIETNICKI, M.D., ET AL.

December 6, 1988.

Petition for certification denied.